UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MOSQUERA GAMBOA, | ) Case No. CV 09-0656-DSF(RC) |
| Petitioner, | ) |
| vs. | ) |
| | ) JUDGMENT |
| JOSEPH NORWOOD, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order,

IT IS ADJUDGED that the motion and action under 28 U.S.C. § 2255 are summarily dismissed for lack of jurisdiction.

DATE: 2/23/09

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

R&R-MDO\09-0656.jud
2/6/09